## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICTS OF INDIANA
## INDIANAPOLIS DIVISION

IN RE:                                           BANKRUPTCY NO: 09-16468-JKC-13

Joe Edward Graham,

DEBTOR.

### NOTICE OF NO NEED TO FILE AMENDED PLAN

Comes now the Debtor, by counsel, and hereby advises that the there is no need to file an amended plan pursuant to the Court's Minute Entry of June 15, 2010, as the Debtor has entered into a loan modification with U.S. Bank, NA, therefore resolving U.S. Bank, NA's Objection to Confirmation, dated April 8, 2010.

Respectfully submitted,

**LYNCH & BELCH, P.C.**

/s/ Lucas D. Sayre

Lucas D. Sayre, Attorney for the Debtor
Lynch & Belch, P.C.
7748 Madison Ave., Suite D
Indianapolis, IN 46227
(317) 888-0006
luke@lynchandbelch.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served upon parties of record by depositing same in the United States Mail, First Class, postage prepaid or ECF notification, this 27th day of July, 2010.

Robert A. Brothers
Chapter 13 Trustee
151 N. Delaware Street, #1400
Indianapolis, IN  46204

U.S. Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN  46204                                                      /s/ Lucas D. Sayre


**LYNCH & BELCH, P.C.**
7748 Madison Avenue, Suite D
Indianapolis, IN  46227
(317) 888-0006